MORNY SALES CO. *v.* UNITED STATES

**No. 6351.**—Invoices dated Perivale, England, April 4, 1941, etc.
    Certified April 9, 1941, etc.
    Entered at New York, N. Y., May 16, 1941, etc.
    Entry No. 762453, etc.

(Decided September 18, 1946)

*Strauss & Hedges* (*Hadley S. King* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

J. J. GAVIN & CO., INC. (MARK CROSS CO.) *v.* UNITED STATES

**No. 6352.**—Invoices dated Walsall, England, August 30, 1941, etc.
    Certified September 6, 1941, etc.
    Entered at New York, N. Y., October 15, 1941, etc.
    Entry No. 719843, etc.

(Decided September 18, 1946)

*Jordan & Klingaman* (*Edward F. Jordan* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

MOLLISON, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the cost of production, as that value is defined in section 402 (f) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.